DELANEY v. FLORIDA.

No. 1213.  Decided May 29, 1967.

*Alfred I. Hopkins, Irma Robbins Feder* and *Richard Yale Feder* for appellant.

*Earl Faircloth,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

PATTERSON ET AL. v. VIRGINIA ELECTRIC & POWER CO.

No. 1572, Misc.  Decided May 29, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.